## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-cr-00013 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| TIMOTHY WATFORD, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Timothy Watford which was referred to the Magistrate Judge with the consent of the parties.

On January 10, 2025, the Government filed a two count Information, charging Defendant Timothy Watford in Count 1, with Possession with Intent to Distribute Controlled Substance, in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C); and in Count 2, with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Defendant Timothy Watford, present with appointed counsel Assistant Federal Public Defender Alvaro DeCola, was arraigned on February 7, 2025, and Magistrate Judge Jennifer Dowdell Armstrong received Defendant Timothy Watford's plea of guilty to Count 1 and 2 of the Information, with plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered. Assistant U.S. Attorney Marc Bullard was also present.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Timothy Watford is found to be competent to enter a plea and to understand his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Timothy Watford  is adjudged guilty of Count 1 of the Information with Possession with Intent to Distribute Controlled Substance, in violation of Title 21 U.S.C. § 841(a)(1), and (b)(1)(B); and Count 2 of the Information, with Felon in Possession of a Firearm, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on May 28, 2025, at 11:30 a.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     5/27/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE